UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN J. SHORT,

    Plaintiff,

                                  Case No. 09-14408

v.

                                  Hon. John Corbett O'Meara

UNITED STATES, *et al.*,

    Defendant.

_____/

## ORDER DISMISSING COMPLAINT

Using the case number for a previously closed case, Plaintiff has filed a complaint against the United States, Andrew Carnegie, Bill Gates, Havenwyk Hospital, and the Garden City Police Department. Plaintiff seeks to proceed *in forma pauperis*.

The court finds Plaintiff's application to proceed *in forma pauperis* to be facially sufficient and, therefore, grants Plaintiff's motion to proceed without prepayment of fees. See 28 U.S.C. § 1915(a); Gibson v. R.G. Smith Co., 915 F.2d 260, 262 (6th Cir. 1990).

Once a court grants a plaintiff permission to proceed *in forma pauperis*, it must review the complaint pursuant to 28 U.S.C. § 1915(e). The court "shall dismiss" the case if the court finds that it is "(i) frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a

defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B).  In addition, "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3).

Plaintiff's complaint, in which he claims to be married to Britney Spears and that Bill Gates, Alexander Graham Bell, and Andrew Carnegie stole his inventions, is implausible and frivolous.  Further, to the extent Plaintiff complains about proceedings in state court, this court lacks jurisdiction over such matters.  See Rowe v. City of Detroit, 234 F.3d 1269, 2000 WL 1679474 (6th Cir. 2000) ("The *Rooker-Feldman* doctrine provides that federal district courts generally lack jurisdiction to review and determine the validity of state court judgments, even in the face of allegations that 'the state court's action was unconstitutional.'").

Accordingly, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED.

s/John Corbett O'Meara  
United States District Judge

Date:  January 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 10, 2017, using the ECF system and/or ordinary mail.

s/William Barkholz  
Case Manager